IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CRISTAL STOUTZENBERGER,<br>   Plaintiff,<br>v.<br>PYE BARKER FIRE & SAFETY, LLC,<br>   Defendant. | CIVIL ACTION FILE<br>NO. 1:21-CV-0516-SCJ |

## **O R D E R**

This matter is before the Court on the parties' Joint Motion Approve Settlement Agreement, which is hereby **GRANTED**. It is therefore **ORDERED** that the terms of the Parties' settlement are **APPROVED** and this action is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 23rd day of August, 2021.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE